UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

JULIA FUSCO,

                                  Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
MICHAEL MCDONNELL, PRINCIPAL OF MIDWOOD
HIGH SCHOOL; MICHAEL PRAYOR,
SUPERINTENDENT OF HIGH SCHOOLS,

                                  Defendants.

----------------------------------------------------------------- x

**STIPULATION
OF DISMISSAL
<u>WITH PREJUDICE</u>**

17 Civ. 3675 (NG) (RML)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2019 ★
BROOKLYN OFFICE

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated: New York, New York
              November 30, 2018

**GLASS & HOGROGIAN LLP**
*Attorneys for Plaintiff*
85 Broad Street, 18th Floor @ Wework
New York, New York 10004
(212) 537-6859
bglass@ghnylaw.com

By: _____
          Bryan Glass

Dated: New York, New York
              December 7, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Room 2-102
New York, New York 10007
(212) 356-2078
jocarter@law.nyc.gov

By: _____
          John Corbin Carter
          Assistant Corporation Counsel

So Ordered,
/s/ *Nina Gershon*
USDJ
2-13-19